

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00240-CR

———————————————

EUNICHOLAS JACKSON, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 1875091

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

**MEMORANDUM OPINION**

Appellant Eunicholas Jackson attempts to appeal his robbery conviction. But because he waived his right of appeal as part of his plea bargain with the State, the trial court certified that he "has NO right of appeal."[1] *See* Tex. R. App. P. 25.2(a)(2), (d) (requiring the trial court to enter a certification clarifying the defendant's right of appeal in a criminal case). And absent "a certification [from the trial court] that shows the defendant has the right of appeal," we "must" dismiss the appeal. Tex. R. App. P. 25.2(d).

We called this issue to Jackson's attention and warned that we could dismiss his appeal unless he showed grounds for continuing it. *See* Tex. R. App. P. 44.3. Jackson responded but did not identify any legal basis for continuing his appeal.[2]

Thus, "in accordance with the trial court's certification, we dismiss [Jackson's] appeal." *Rushing v. State*, No. 02-26-00105-CR, 2026 WL 1445887, at *1 (Tex. App.—Fort Worth May 21, 2026, no pet.) (per curiam) (mem. op., not designated for publication) (dismissing appeal in similar fashion based on trial court's certification); *Smith v. State*, No. 02-26-00064-CR, 2026 WL 1109232, at *1 (Tex. App.—Fort Worth Apr. 23, 2026, no pet.) (mem. op., not designated for publication) (same); *Dingler v.*

---

[1]Although a defendant generally has a limited right of appeal in a plea bargain case, *see* Tex. Code Crim. Proc. art. 44.02; Tex. R. App. P. 25.2(a)(2), Jackson's signed plea bargain paperwork reflects that he "waive[d] all rights of appeal."

[2]Jackson's response discussed his current medical issues.

*State*, No. 02-25-00458-CR, 2026 WL 253445, at *1 (Tex. App.—Fort Worth Jan. 30, 2026, no pet.) (per curiam) (mem. op., not designated for publication) (same); *see* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 6, 2026